UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CARMEN FARMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-CV-58 |
| | ) (Phillips) |
| RIVERWALK HOLDINGS, LTD., | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter came before the court for hearing on the motion of Darryl G. Lowe, Christopher C. Field, and the law firm of Lowe, Yeager & Brown, to withdraw as counsel of record for defendant Riverwalk Holdings, Ltd. [Doc. 13]. Prior to the hearing, counsel Darryl G. Lowe filed an affidavit stating that defendant has failed to pay attorney fees owed to counsel in the amount of $7,569.62. Further, defendant's representative Mike Shelton has indicated to counsel that the defendant has no intention of paying any fees to counsel for its representation in this matter [Doc. 14]. Mr. Shelton has signed an amended motion by counsel to withdraw indicating his consent to counsel's motion.

Local Rule 83.4(f) states that "if the client is a corporation . . . that may only appear in court through counsel, the court, absent extraordinary circumstances, shall not allow the attorney to withdraw until the client has obtained substitute counsel." The court

finds that counsel has shown that extraordinary circumstances exist which warrant withdrawal from representation of defendant in this matter. Moreover, the parties have not begun discovery in the case, which is set for trial on May 20, 2014, so neither party will be prejudiced by counsel's withdrawal. Accordingly, the court finds counsel's motion to withdraw well-taken and it is hereby **GRANTED,** whereby Darryl G. Lowe, Christopher C. Field, and the law firm of Lowe, Yeager & Brown are relieved of any further responsibility in this case.

Defendant shall have **thirty (30)** days in which to obtain substitute counsel to represent defendant in this case. Defendant is cautioned that failure to comply with the court's order could result in sanctions against defendant.

The Clerk is **DIRECTED** to send a copy of this order to:

Mike Shelton, Business Manager
Riverwalk Holdings, Ltd
1132 Glade Road
Colleyville, Texas 76034

**IT IS SO ORDERED.**

                                         **ENTER:**

                                              s/ Thomas W. Phillips
                                            United States District Judge