# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

CARMEN FARMER,                          )
                                        )
            Plaintiff,                   )
                                        )
v.                                      )   No.: 3:12-CV-58-PLR-CCS
                                        )
RIVERWALK HOLDINGS, LTD,                )
                                        )
            Defendant.                   )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley [R. 28]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that plaintiff's motion for attorney's fees, costs, and expenses be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that plaintiff's motion for attorney's fees, costs, and expenses [R. 26] is hereby **GRANTED**.

**IT IS FURTHER ORDERED,** that plaintiff is awarded the sum of $7,382.80 from defendant, representing attorney's fees, costs, and expenses incurred by plaintiff in this case.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**